UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE RUSSEL GRIFFIN,

   Petitioner,

  v.

JOE LIZARAGA,

   Respondent.

Case No. 18-cv-06733-WHO (PR)

**ORDER OF DISMISSAL**

  Petitioner Willie Russel Griffin has not complied with the Court's order to file an amended petition. Accordingly, this federal habeas action is DISMISSED (without prejudice) for failure to comply with the Court's order and under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

  Because this dismissal is without prejudice, Griffin may move to reopen the action. Any such motion shall be accompanied by an amended petition that complies in all respects with the Court's instructions set forth in the order dismissing the petition with leave to amend. The Clerk shall enter judgment in favor of respondent and close the file.

  **IT IS SO ORDERED.**

**Dated:** February 25, 2019

WILLIAM H. ORRICK
United States District Judge